UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 21, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

ANTHONY LOPEZ,

Defendant.

Case No. 2:24-CR-00270-01-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY LOPEZ, Case No. 2:24-CR-00270-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): **TIME SERVED and to be RELEASED BY 6:00 PM.**

Issued at Sacramento, California on August 21, 2025.

_____
Troy L. Nunley
Chief United States District Judge