MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ANTHONY LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY LOPEZ,<br>　　　　Defendant. | No. **2:24-cr-00270**<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO ADVANCE THE **BAIL REVIEW**<br>HEARING<br><br>Requested bail review date: 11-10-2025<br>Time: 2:00 p.m.<br>Judge: Hon. Allison Claire |

STIPULATION REGARDING SETTING A BAIL REVIEW HEARING ON NOVEMBER 10, 2025

　　　It is hereby stipulated between the parties, Zachary Malinksi, Assistant United States Attorney, and Michael D. Long, attorney for defendant ANTHONY LOPEZ, that a bail review hearing should be scheduled for November 10, 2025, at 2:00 p.m. before Magistrate Judge Claire.

　　　All parties are available to appear in this case on November 10, 2025, at 2:00 p.m.

Dated:  November 6, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Anthony Lopez

Dated:  November 6, 2025　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Zachary Malinski
　　　　　　　　　　　　　　　　　　　　　　ZACHARY MALINKSI
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

-2-

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

A bail review hearing in this matter is hereby scheduled for November 10, 2025, at 2:00 p.m., before Magistrate Court Judge Allison Claire.

Dated:  November 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE