**FILED**
November 10, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LOPEZ,<br><br>　　　　　Defendant. | Case No.  2:24-cr-00270-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY LOPEZ ,

Case No. 2:24-cr-00270-TLN , Charge 18 USC § 3606, from custody for the following reasons:

　　____   Release on Personal Recognizance

　　____   Bail Posted in the Sum of $ _____

　　　　____   Unsecured Appearance Bond $ _____

　　　　____   Appearance Bond with 10% Deposit

　　　　____   Appearance Bond with Surety

　　　　____   Corporate Surety Bail Bond

　　 X    (Other): The defendant is ordered released on 11/10/2025 by 5:00 PM.  Charges dismissed.

Issued at Sacramento, California on November 10, 2025, at 2:40 PM.

　　　　　　　　　　　　　　　By:   /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney